IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **YOLANDA SALDIVAR #733126** | § | |
| | § | |
| **V.** | § | **W-16-CA-095-RP** |
| | § | |
| **WILLIAM STEPHENS, MELOYDE** | § | |
| **NELSON, WHITNEY FRANKS, and** | § | |
| **UTMB CONTRACTOR** | § | |

## FINAL JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order which dismissed Plaintiff's complaint, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Plaintiff's claims against UTMB and the defendants in their official capacities are dismissed without prejudice for want of jurisdiction and Plaintiff claims against the defendants in their individual capacities are dismissed with prejudice for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e).

**IT IS FINALLY ORDERED** that the above entitled cause of action is hereby **CLOSED**.

**SIGNED** on June 20, 2016.

ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE