August 21, 2016

United States District Court
Western District of Texas
Waco Division
800 Franklin Ave.
Room 380
Waco, Texas 76701

Re: Yolanda Saldivar v. Lorie Davis, Director, et.al.
    W-16-CA-095-RP

Dear Clerk of the Court:

I submit a request to you to be advise of the specific instructions and any forms the Court may have so that I cna file my appeal in forma pauperis to the United States Court of Appeals for the 5th Circuit.

Thank you for your assistance in this matter.

Respecfully Submitted,

*Yolanda Saldivar*

Yolanda Saldivar
TDCJ #733126
Mountain View Unit
2305 Ransom Rd.
Gatesville, Texas 76528

Yolanda Saldivar
#733126
Mountain View Unit
2305 Ransom Rd.
Gatesville, Texas 76528

AUSTIN TX 787
RIO GRANDE DISTRICT
23 AUG 2016 PM 4 L

United States District Court
Waco Division
800 Franklin Ave.
Room 380
Waco, Texas 76701

76701-193480

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
800 FRANKLIN AVENUE, ROOM 380
WACO, TEXAS 76701

JEANETTE J. CLACK
CLERK OF COURT

(254) 750-1501

08/26/2016

**Yolanda Saldivar** #733126
Mountain View Unit
2305 Ransom Rd.
Gatesville, TX 76528

Re: Your recent letter
regarding 6:16-cv-00095

Dear Ms. Saldivar:

We received your recent letter requesting information regarding the appeal and informa pauperis process. All forms needed for the appeal and informa pauperis process are available at your unit's law library. Please also be advised, this office cannot offer any advice pertaining to this matter. Thank you.

Sincerely,

JEANETTE J. CLACK, Clerk

By: _J. Beaver_
Jennifer Beaver
Deputy Clerk

733126appealdocrequest08262016